## UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 0 4 1999

Michael N. Milby, Clerk

| | | |
|---|---|---|
| Kathleen Merritt, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C. A. No. H-99-1075 |
| | § | |
| Heidrick & Struggles, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on November 3, 1999.

Ewing Werlein, Jr.
United States District Judge

16

ClibPDF - www.fastio.com



United States District Court
Southern District of Texas
FILED

NOV 0 3 1999

# MEMORANDUM PURSUANT TO LOCAL RULE 22K.1

Michael N. Milby, Clerk of Co

1.   TO:   U.S. District Clerk for the Southern District of Texas

   **Case No. 99-1075;** *Kathleen Merritt vs. Heidrick & Struggles*; **In the U.S. District Court for the Southern District of Texas, Houston Division**

2.   Names, Addresses, Telephone No. of Counsel are the following:

| | |
|---|---|
| Mr. Paul Danziger | Mr. Karl Nelson |
| Lawson, Weiss & Danziger | Gibson, Dunn & Crutcher |
| 440 Louisiana, Suite 1212 | 1717 Main Street, Suite 5400 |
| Houston, TX 77002 | Dallas, TX 75201 |

3.   The type of case: **Employment dispute**

4.   Method of ADR proceeding: **Mediation**

5.   Result of the ADR proceeding: **Settled**

6.   Provider's Fee: **$2,000/day**





900797.990810/106264.01

ClibPDF - www.fastio.com